DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
DEC - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   MARIE F ANDREWS

Chapter 13
Case No. 05-1-3051 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $299.47 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0007 | BANK OF AMERICA<br>P O BOX 2278<br>NORFOLK, VA 23501-2278 | $299.47 |

Dated:   December 6, 2010

_____
CECILIA MARCELO
Receipts Administrator